The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNI NGUYEN,<br><br>    Defendant. | No. 2:13-cr-00366-RAJ<br><br>ORDER GRANTING MOTION TO SUBSTITUTE RECEIVERSHIP ESTATE FOR WHOLE ENERGY AS RESTITUTION PAYEE |

This matter came before the court on the United States' "Motion to Substitute Receivership Estate for Whole Energy as Restitution Payee" (Motion).  The United States' Motion and the supporting declaration of Kevin Hanchett establish that the Receivership Estate for Whole Energy Fuels Corporation in Whatcom County Superior Court Case No. 22-2-00317-37, is the legal successor to victim Whole Energy's right to receive restitution from Defendant Jenni Nguyen under the criminal judgment in this case.  ECF No. 25 (Criminal Judgment, May 16, 2014).  Further, the court finds that Ms. Nguyen still owes $861,280.21 in restitution to Whole Energy, and that the Clerk of Court is presently holding $15,480.00 as "unclaimed funds" that cannot be disburse as restitution, due to Whole Energy's defunct status.

ORDER GRANTING MOTION TO SUBSTITUTE RECEIVERSHIP
ESTATE FOR WHOLE ENERGY AS RESTITUTION PAYEE - 1
*United States v. Jenni Nguyen,* Case No. 2:13-cr-00366-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

Accordingly, to enable restitution to reach Whole Energy's legal successor, and consistent with the court's authority to name a substitute victim under 18 U.S.C. § 3663A(a)(2), the court GRANTS the United States' Motion. The Clerk of Court is directed to substitute as a restitution payee the Receivership Estate of Whole Energy Fuels Corporation in Whatcom County Superior Court Case No. 22-2-00317-37, in place of "Whole Energy." The Clerk is authorized and directed to disburse to the Receivership Estate all restitution payments owing to "Whole Energy" under the Criminal Judgment, including any and all amounts held as "Unclaimed Funds." The U.S. Attorney's Office shall provide the Clerk with address and any other information necessary to facilitate restitution payments to the Receivership Estate.

IT IS SO ORDERED.

DATED this 12th day of August, 2022.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SUBSTITUTE RECEIVERSHIP ESTATE FOR WHOLE ENERGY AS RESTITUTION PAYEE - 2
*United States v. Jenni Nguyen,* Case No. 2:13-cr-00366-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970